**No. 09-11192. Hector Manuel Rosales-Diaz, Petitioner v. United States.**

562 U.S. 866, 131 S. Ct. 156, 178 L. Ed. 2d 93, 2010 U.S. LEXIS 6501.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 367 Fed. Appx. 62.